*Friday, January 17, 1997*

## MOTION DOCKET

**97–104. State v. Minch.**
Montgomery App. No. 15675. This case is pending as an appeal from the Court of Appeals for Montgomery County. Upon consideration of appellant's motion for stay of the court of appeals' judgment,

IT IS ORDERED by the court that the motion be, and hereby is, denied.

*Wednesday, January 22, 1997*

## MOTION DOCKET

**96–2029 and 96–2059. State v. White.**
This cause is pending before the court as an appeal from the Court of Common Pleas of Ashland County, Supreme Court case No. 96–2029, and as an appeal from the Court of Appeals for Ashland County, Supreme Court case No. 96–2509.

IT IS ORDERED by the court, *sua sponte*, that case Nos. 96–2029 and 96–2509 be, and hereby are, consolidated.

IT IS FURTHER ORDERED by the court that the parties shall combine the briefing of case Nos. 96–2029 and 96–2509 and file one brief for each brief permitted under S.Ct.Prac.R. XIX(5). The parties shall file an original of each brief in case No. 96–2029 and in case No. 96–2509 and a total of eighteen copies. The parties shall otherwise comply with the provisions of S.Ct.Prac.R. XIX and any other applicable Rules of Practice.

**96–2819 and 97–52. State v. Hessler.**
This cause is pending before the court as an appeal from the Court of Common Pleas of Franklin County, Supreme Court case No. 96–2819, and as an appeal from the Court of Appeals for Franklin County, Supreme Court case No. 97–52. Upon consideration of appellant's motion to consolidate case Nos. 96–2819 and 97–52,

IT IS ORDERED by the court that the motion to consolidate be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that the parties shall combine one briefing of case Nos. 96–2819 and 97–52 and file one brief for each brief permitted under S.Ct.Prac.R. XIX(5). The parties shall file an original of each brief in case No. 96–2819 and in case No. 97–52 and a total of eighteen copies. The parties shall otherwise comply with the provisions of S.Ct.Prac.R. XIX and any other applicable Rules of Practice.

## DISCIPLINARY DOCKET

**95–2139. Dayton Bar Assn. v. Overman.**
IT IS ORDERED by the court, *sua sponte*, that this court's order of December 26, 1996, ordering that warrants be issued for the arrest of respondent, John Overman, a.k.a. John Laurence Overman, be amended as follows.

IT IS ORDERED by the court, *sua sponte*, that the Clerk of the Supreme Court of Ohio be, and hereby is, authorized to release to the appropriate law enforcement officials any information concerning respondent that is otherwise confidential, including respondent's Social Security Number, for the purpose of facilitating execution of the warrants issued for the arrest of the respondent.

## MISCELLANEOUS DISMISSALS